1  Chris Scott Graham (State Bar No. 114498)
   chris.scott.graham@dechert.com
2  Andrew Thomases (State Bar No. 177339)
   andrew.thomases@dechert.com
3  **DECHERT LLP**
   1117 California Avenue
4  Palo Alto, CA  94304
   Telephone:     650.813.4800
5  Facsimile:     650.813.4848

6  Attorneys for Plaintiff and Counter-Defendant,
   ADVANCED ANALOGIC TECHNOLOGIES,
7  INC.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

| 12 | ADVANCED ANALOGIC TECHNOLOGIES, INC., a Delaware corporation, | Case No.  C-06-00735 MMC |
|----|---|---|
| 13 | | **STIPULATION AND [PROPOSED] ORDER RE: MODIFIED HEARING SCHEDULE** |
| 14 | Plaintiff and Counter-Defendant, | |
| 15 | v. | |
| 16 | LINEAR TECHNOLOGY CORPORATION, a Delaware corporation, | |
| 17 | | |
| 18 | Defendant and Counter-Claimant. | |
| 19 | AND RELATED COUNTERCLAIMS | |

20

21        WHEREAS, by Order dated October 5, 2006, this Honorable Court stayed this action

22 pending the final resolution of the interlocutory appeal and the pending ITC investigation;

23        WHEREAS, by Order dated October 5, 2006, this Honorable Court directed the parties

24 to notify the Court at such time as the ITC proceedings are concluded and to file a joint status

25 conference statement advising the Court by June 1, 2007, of the status of the ITC proceedings

26 and the appeal to the Federal Circuit;

27        WHEREAS, the request to file an interlocutory appeal has been denied by the Federal

28 Circuit;

1

12692895.1

1  WHEREAS, by its Order dated March 4, 2007, the ITC moved the date of the Initial Determination from March 22, 2007 to May 22, 2007, and the date for the Final Determination to Sept. 22, 2007;

 THEREFORE, the parties respectfully request the Court set a new date for filing a joint status conference statement and further case management conference on a date after September 22, 2007.

Dated: March 23, 2007                 DECHERT LLP

By: /s/ Chris Scott Graham
Chris Scott Graham
Attorneys for Plaintiff and Counter-Defendant,
ADVANCED ANALOGIC TECHNOLOGIES, INC.

Dated: March 23, 2007                 ROPES & GRAY LLP

By: /s/ Mark D. Rowland
Mark D. Rowland
Attorneys for Defendant and Counter-Claimant,
LINEAR TECHNOLOGY CORPORATION

### ORDER

PURSUANT TO STIPULATION, IT ORDERED AS FOLLOWS:

1. No later than  October 5, 2007  the parties shall file a joint status conference statement.

2. The parties shall appear, through their counsel of record, for a further case management conference on  October 12, 2007  at ~~10:00~~ 10:30 a.m.

DATED:  March 23 , 2007

_____
Maxine M. Chesney
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT
SCHEDULE ; CASE NO: C-06-00735 MMC                                           2

12692895.1