Mark D. Rowland (CSB #157862)
    mark.rowland@ropesgray.com
James T. Canfield (CSB # 157908)
    james.canfield@ropesgray.com
**ROPES & GRAY LLP**
525 University Avenue
Palo Alto, California 94301
Tel.: (650) 617-4000
Fax: (650) 617-4090

Robert C. Morgan (CSB #46348)
    robert.morgan@ropesgray.com
**ROPES & GRAY LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 596-9000
Fax: (212) 596-9090

Attorneys for Defendant
LINEAR TECHNOLOGY CORPORATION

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADVANCED ANALOGIC TECHNOLOGIES, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>LINEAR TECHNOLOGY CORPORATION, a Delaware Corporation,<br><br>    Defendant. | Case No.: C 06-00735 MMC<br><br>**STIPULATION EXTENDING DATE FOR HEARING OF PLAINTIFF'S MOTION FOR PARTIAL RELIEF FROM STAY AND FOR PRELIMINARY INJUNCTION; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between plaintiff ADVANCED ANALOGIC TECHNOLOGIES, INC. ("Plaintiff") and defendant LINEAR TECHNOLOGY CORPORATION ("Defendant"), through their undersigned counsel, and subject to the approval of the Court, pursuant to L.R. 6-1(b), that the time for hearing Plaintiff's Motion for Partial Relief from Stay and for Preliminary Injunction be extended fourteen (14) days, to July 27,

240635_1

**STIPULATION EXTENDING DATE FOR HEARING OF PLAINTIFF'S MOTION
FOR PARTIAL RELIEF FROM STAY AND FOR PRELIMINARY INJUNCTION**
Case No.: C 06-00735 MMC

1   2007.  The parties request this extension because counsel for Defendant will be out of town on a
2   long-scheduled family trip on the presently-scheduled date.
3         The parties further stipulate that Defendant's Opposition to Plaintiff's motion
4   will be due on July 2, 2007 and Plaintiff's Reply will be due on July 13, 2007.  This extension
5   will not affect any other scheduled dates in this matter.

So Stipulated,

June 20, 2007                    By   s/Mark D. Rowland
                                 Mark D. Rowland (CSB #157862)
                                 ROPES & GRAY LLP
                                     mark.rowland@ropesgray.com
                                 Robert C. Morgan (CSB #46348)
                                     robert.Morgan@ropesgray.com
                                 ROPES & GRAY LLP

                                 Attorneys for Defendant
                                 LINEAR TECHNOLOGY CORPORATION


June 20, 2007                    By   s/Chris Scott Graham
                                 Chris Scott Graham (CSB #114498)
                                     chris.scott.graham@dechert.com
                                 Andrew Thomases (CSB #177339)
                                     andrew.thomases@dechert.com
                                 Philip Barilovits (CSB #199944)
                                     philip.barilovits@dechert.com
                                 DECHERT LLP
                                 2440 El Camino Real, Suite 700
                                 Mountain View, CA 94040
                                 Tel:  (650) 813-4800

                                 Attorneys for Plaintiff
                                 ADVANCED ANALOGIC TECHNOLOGIES, INC.

2

**STIPULATION EXTENDING DATE FOR HEARING OF PLAINTIFF'S MOTION
FOR PARTIAL RELIEF FROM STAY AND FOR PRELIMINARY INJUNCTION**
Case No.: C 06-00735 MMC

I hereby attest that I have on file an e-mail from Chris Scott Graham, counsel for plaintiff, confirming the acceptability of and his authorization of the above stipulation.

June 20, 2007         s/Mark D. Rowland
                      Mark D. Rowland (CSB #157862)

SO ORDERED:

Date: June 22, 2007         _____
                            United States District Judge

**STIPULATION EXTENDING DATE FOR HEARING OF PLAINTIFF'S MOTION FOR PARTIAL RELIEF FROM STAY AND FOR PRELIMINARY INJUNCTION**
Case No.: C 06-00735 MMC

3