IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED ANALOGIC TECHNOLOGIES, INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>LINEAR TECHNOLOGY CORPORATION, <br><br>　　　　Defendants <br> _____ / | No. C-06-0735 MMC <br><br> **ORDER DENYING MOTION FOR PARTIAL RELIEF FROM STAY AND FOR PRELIMINARY INJUNCTION; VACATING HEARING** <br><br> (Docket No. 57) |

Before the Court is the motion filed June 5, 2007 by plaintiff Advanced Analogic Technologies, Inc. ("AATI") to lift the stay of the instant action for purposes of entering a preliminary injunction against defendant Linear Technology Corporation ("Linear").[1] In particular, AATI seeks an order enjoining Linear from "publicly stating or implying that AATI infringes, or has been found to infringe, either United States Patent No. 6,411,531 ('the '531 patent') or United States Patent No. 6,580,258 ('the '258 patent')" and from "stating or implying to any person or entity known to be a customer or potential customer of AATI that AATI infringes, or has been found to infringe, either the '531 patent or the '258 patent."

---

[1] On October 5, 2006, the Court stayed the instant action pending resolution of an interlocutory appeal to the Federal Circuit and conclusion of proceedings before the International Trade Commission ("ITC"). On January 3, 2007, the Federal Circuit denied the interlocutory appeal. (See Docket No. 54.) To date, the ITC proceedings have not concluded.

1  Linear has filed opposition to the motion; AATI has filed a reply.  Having considered the
2  papers filed in support of and in opposition to the motion, the Court finds the matter
3  appropriate for decision without oral argument, <u>see</u> Civil L.R. 7-1(b), and hereby VACATES
4  the July 27, 2007 hearing.
5       For the reasons set forth by Linear in its opposition, the motion is hereby DENIED.
6       This order terminates Docket No. 57.
7       **IT IS SO ORDERED.**
8  Dated: July 23, 2007                                   MAXINE M. CHESNEY
                                                           United States District Judge