UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED ANALOGIC TECHNOLOGIES, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LINEAR TECHNOLOGY CORPORATION, a Delaware Corporation,<br><br>　　　　　Defendant. | Case No.  C 06-00735 MMC<br><br>**ORDER CONTINUING STAY; VACATING HEARINGS AND TRIAL DATE** |

///

///

1 | PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

2 |     1.    The current stay of proceedings is continued.

3 |     2.    No later than April 9, 2008, the parties shall file a joint status conference statement advising the Court of the status of the parties' appeals to the Federal Circuit of determinations made by the ITC in Investigation Number 337-TA-564.

IT IS FURTHER ORDERED that the October 12, 2007 case management conference, the January 8, 2008 pretrial conference, and the January 21, 2008 trial date are hereby VACATED.

Dated: October 10, 2007

_[signature]_
Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE