IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED ANALOGIC TECHNOLOGIES, INC., | No. C-06-0735 MMC |
| Plaintiff, | **ORDER DIRECTING PARTIES TO FILE JOINT STATUS STATEMENT** |
| v. | |
| LINEAR TECHNOLOGY CORPORATION, | |
| Defendants / | |

The Court is in receipt of the parties' Joint Case Management Statement filed April 9, 2008, advising the Court of the status of the parties' appeals to the Federal Circuit relevant to the patents at issue in the instant matter, and suggesting that the next status report be filed on November 30, 2008.

Accordingly, in light of the status of the pending appeals, the parties are hereby directed to file, no later than November 30, 2008, a joint statement advising the Court of the status of the parties' appeals to the Federal Circuit of determinations made by the ITC in Investigation Number 337-TA-564.

**IT IS SO ORDERED.**

Dated: April 10, 2008

MAXINE M. CHESNEY
United States District Judge