IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED LINEAR TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LINEAR TECHNOLOGY CORPORATION, <br><br> Defendant. | No. C-06-0735 MMC <br><br> **ORDER DIRECTING PARTIES TO FILE JOINT STATUS STATEMENT** |

The Court is in receipt of the parties' "Joint Status Conference Statement," filed December 1, 2008, advising the Court of the status of the parties' appeals to the Federal Circuit relevant to the patents at issue in the instant action.

In light of the pending appeals regarding United States Patent Number 6,580,258, the parties are hereby DIRECTED to file, no later than April 30, 2009, a joint statement advising the Court of the status of the parties' appeals to the Federal Circuit of determinations made by the ITC in Investigation Number 337-TA-564.

**IT IS SO ORDERED.**

Dated: December 3, 2008

_____
MAXINE M. CHESNEY
United States District Judge