IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED ANALOGIC TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LINEAR TECHNOLOGY CORPORATION, <br><br> Defendant. | No. C-06-0735 MMC <br><br> **ORDER DIRECTING PARTIES TO FILE JOINT STATUS STATEMENT** |

Before the Court is the parties' "Joint Status Conference Statement," filed April 30, 2009, advising the Court of the status of the parties' appeals to the United States Court of Appeals for the Federal Circuit concerning United States Patent Numbers 6,411,531 ("'531 patent") and 6,580,258 ("'258 patent") and proceedings before the International Trade Commission ("ITC") relating to the enforcement of the ITC's findings concerning infringement of the '258 patent.

In light of the pending appeals to the Federal Circuit and the ongoing proceedings before the ITC, the parties are hereby DIRECTED to file, no later than December 1, 2009, a joint statement advising the Court of the status of such appeals and such proceedings.

**IT IS SO ORDERED.**

Dated: May 1, 2009

_____
MAXINE M. CHESNEY
United States District Judge