IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED ANALOGIC TECHNOLOGIES, INC., <br><br> Plaintiff, <br> v. <br> LINEAR TECHNOLOGY CORPORATION, <br> Defendant. | No. C-06-0735 MMC <br><br> **ORDER DIRECTING PARTIES TO FILE JOINT STATUS STATEMENT** |

Before the Court is the parties' Joint Status Conference Statement, filed December 1, 2009, advising the Court of the status of the proceedings before the International Trade Commission ("ITC").

Although the parties report that proceedings before the ITC regarding United States Patent No. 6,411,531 have concluded, the parties report that proceedings regarding United States Patent Number 6,580,258 remain ongoing.

In light of the ongoing proceedings before the ITC, the parties are hereby DIRECTED to file, no later than June 30, 2010, and every six months thereafter, a joint statement advising the Court of the status of such proceedings.

**IT IS SO ORDERED.**

Dated: December 30, 2009

MAXINE M. CHESNEY
United States District Judge