| | |
|---|---|
| Chris Scott Graham (State Bar No. 114498)<br>chris.scott.graham@dechert.com<br>Justin Boyce (State Bar No. 181488)<br>justin.boyce@dechert.com<br>**DECHERT LLP**<br>2440 W. El Camino Real, Suite 700<br>Mt. View, CA 94040<br>Telephone: 650.813.4800<br>Facsimile:  650.813.4848<br><br>Attorneys for Plaintiff/Counterclaim Defendant<br>Advanced Analogic Technologies, Inc. | Mark D. Rowland (State Bar No. 157862)<br>mark.rowland@ropesgray.com<br>**ROPES & GRAY LLP**<br>1900 University Avenue, 6th Floor<br>E. Palo Alto, California 94303<br>Telephone: 650.617.4000<br>Facsimile:  650.617.4090<br><br>Attorneys for Defendant/ Counterclaim Plaintiff<br>Linear Technology Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED ANALOGIC TECHNOLOGIES, INC., a Delaware Corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>LINEAR TECHNOLOGY CORPORATION, a Delaware Corporation,<br><br>       Defendant. | Case No.: C 06-00735 MMC<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to a settlement agreement, the plaintiff/counterclaim defendant ADVANCED ANALOGIC TECHNOLOGIES, INC., and defendant/counterclaim plaintiff LINEAR TECHNOLOGY CORPORATION, hereby move for an order dismissing this action with regard to all claims and counterclaims in their entirety WITH prejudice, with each party to

///

///

bear its own costs expenses and attorney's fees, and with this court to retain jurisdiction to enforce said settlement agreement.

Respectfully submitted,

April 1, 2011    By  */s/ Mark D. Rowland*

Mark D. Rowland (CSB #157862)
ROPES & GRAY LLP

Attorneys for Defendant/ Counterclaim Plaintiff
LINEAR TECHNOLOGY CORPORATION

April 1, 2011    By  */s/ Chris Scott Graham*

Chris Scott Graham (CSB #114498)
    chris.scott.graham@dechert.com
Justin Boyce (CSB #181488)
    justin.boyce@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mt. View, CA 94040
Tel:  (650) 813-4800

Attorneys for Plaintiff/Counterclaim Defendant
ADVANCED ANALOGIC TECHNOLOGIES, INC.

I hereby attest that I have on file an e-mail from Chris Scott Graham, counsel for plaintiff/counterclaim defendant, confirming the acceptability of and his authorization of the above stipulation.

April 1, 2011    */s/ Mark D. Rowland*

Mark D. Rowland (CSB #157862)

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**
**CASE NO. C 06-00735 MMC**

# ORDER

PURSUANT TO STIPULATION AND SETTLEMENT AGREEMENT, IT IS ORDERED AS FOLLOWS:

1. All claims and counterclaims are dismissed WITH prejudice.
2. Each party shall bear its own costs, expenses, and attorney's fees.
3. This court retains jurisdiction to enforce the terms of the settlement agreement.

Dated: April 4, 2011

Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE